IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**POOL CONCEPTS, INC.,**
**d/b/a POOL & SPA CONCEPTS,**
a Minnesota corporation,

Plaintiff,

v.

**WATKINS, INC.,**
a California corporation,
**d/b/a CALDERA SPAS,**

Defendant.

Court File No. 02-0027 DSD/JMM

**STIPULATED ORDER**

It is hereby ordered, upon the stipulation and agreement by and between the attorneys for the parties hereto, that the Temporary Restraining Order of this Court dated January 4, 2002, preventing Defendant from terminating its relationship with Plaintiff be and hereby is continued to and including January 23, 2002 at 1:15 p.m., at which time the Court will hear further argument, and that the status quo between the parties shall remain in effect until further order of the Court.

DATED: 1/11, 2002

RESPECTFULLY SUBMITTED,

DADY & GARNER, P.A.

By [signature]
Ronald K. Gardner (#0246797)
John D. Holland (#028614X)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFF

FILED 1-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

DATED: Jan. 11, 2002

BOWMAN AND BROOKE, L.L.P.

By ____________________
David N. Lutz
Nicole M. Churchya
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402

ATTORNEYS FOR DEFENDANT

DATED: January 11, 2002

____________________
David S. Doty, Judge
United States District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500