UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-27(DSD/JMM)

Pool Concepts, Inc., d/b/a
Pool & Spa Concepts, a
Minnesota corporation,

Plaintiff,

v. **ORDER**

Watkins, Inc., d/b/a
Caldera Spas, a
California corporation,

Defendant.

Ronald K. Gardner, Esq., John D. Holland, Esq., and Dady & Garner, P.A., 4000 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, counsel for plaintiff.

David N. Lutz, Esq., Nicole M. Churchya, Esq., and Bowman and Brooke, L.L.P., 150 South Fifth Street, Suite 2600, Minneapolis, MN 55402, counsel for defendant.

This matter is before the court on defendant Caldera Spa's request for leave to file a motion to reconsider the court's order of January 29, 2002, granting plaintiff's motion for a preliminary injunction. In particular, defendant requests leave to file a motion to reconsider because (1) defendant has recently learned of precedent from this court which found that an advertising co-op did not create a disguised franchise fee, (2) defendant has additional facts and documents to support its argument that the advertising co-op is not a franchise fee and (3) defendant would like to argue

FILED 2-26-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

the case law, presented to the court during oral argument, in support of its argument that the advertising co-op is not a franchise fee.

Pursuant to Local Rule 7.1(g), motions to reconsider are prohibited except by express permission of the court, which will be granted only upon a showing of "compelling circumstances." Local Rule 7.1(g). After reviewing the file and the record, the court concludes that no compelling circumstances exist that would justify reconsideration of this matter. See Local Rule 7.1(g). Accordingly, **IT IS HEREBY ORDERED** that defendant's request for leave to file a motion to reconsider this court's order of January 29, 2000 is denied.

Dated: February 26, 2002

David S. Doty, Judge
United States District Court