IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **POOL CONCEPTS, INC.,**<br>**d/b/a POOL & SPA CONCEPTS,**<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>**WATKINS, INC.,**<br>a California corporation,<br>**d/b/a CALDERA SPAS,**<br><br>Defendant. | ) | Court File No. 02-0027 DSD/JMM<br><br><br><br>**ORDER** |

The parties have stipulated that all pre-discovery disclosures required by Rule 26(a)(1) shall be completed by March 8, 2002.

The Court, finding that no interference with any remaining pre-trial deadlines will result, approves the parties' stipulation and it is

SO ORDERED that the parties' stipulation is approved, and that the parties shall comply with the above-stipulated extension.

DATED: 3/7/02

The Honorable John M. Mason
United States Magistrate

MAR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **POOL CONCEPTS, INC.,**<br>**d/b/a POOL & SPA CONCEPTS,**<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>**WATKINS, INC.,**<br>a California corporation,<br>**d/b/a CALDERA SPAS,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 02-0027 DSD/JMM<br><br>**STIPULATION FOR EXTENSION OF TIME TO COMPLETE PRE-DISCOVERY DISCLOSURES** |

Pursuant to Federal Rule of Civil Procedure 29, counsel for the parties to the above action stipulate that the time for completing all pre-discovery disclosures required by Federal Rule of Civil Procedure 26(a)(1) shall be extended to March 8, 2002.

DATED: March 7, 2002.

DADY & GARNER, P.A.

By [signature]
J. Michael Dady (#2062X)
Ronald K. Gamder (#246797)
Jennifer L. Gehrig (#285596)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

ATTORNEYS FOR PLAINTIFF

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: March 1, 2002.

BOWMAN AND BROOKE, LLP

By ______________________
David N. Lutz (#203191)
Nicole M. Churchya (#307351)
150 South Fifth Street
Suite 2600
Minneapolis, MN 55402
612-339-8682

ATTORNEYS FOR DEFENDANT