**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Pool Concepts, Inc., d/b/a**
**Pool & Spa Concepts,**
**a Minnesota corporation,**

**Plaintiff,**

**v.**

**Watkins, Inc.,**
**d/b/a Caldera Spas,**
**a California corporation,**

**Defendant.**

Court File No.: **02-CV-0027 DSD/~~JMM~~** SRN

Judge: David S. **Doty**

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Having come before this Court upon stipulation between the parties, and WATKINS, INC. d/b/a CALDERA SPAS, IT IS HEREBY ORDERED that the above-captioned action, together with all claims and causes of action which were or might have been alleged therein, are dismissed with prejudice and on the merits.

Dated: Sept. 17, 2002

Judge David S. Doty

LET JUDGMENT BE ENTERED ACCORDINGLY.

::ODMA\PCDOCS\MSP\217580\1

FILED 9-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9-17-02
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

**Pool Concepts, Inc., d/b/a**
**Pool & Spa Concepts,**
**a Minnesota corporation,**

**Plaintiff,**

**v.**

**Watkins, Inc.,**
**d/b/a Caldera Spas,**
**a California corporation,**

**Defendant.**

**Court File No.: 02-CV-0027 DSD/~~JMM~~ SRN**

**Judge: David S. Doty**

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between the parties and WATKINS, INC. d/b/a CALDERA SPAS, that the above-captioned action, together with all claims, counterclaims and causes of action which were or might have been alleged therein, may be dismissed with prejudice and on the merits, and without further cost to any of these parties. Accordingly, the Court may enter an Order dismissing the action with prejudice.

::ODMA\PCDOCS\MSP\217580\1

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 9/16, 2002

By: ______________________
Ronald K. Gardner (#0246797)
DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFF

Dated: 9/12, 2002

By: ______________________
David N. Lutz (#203191)
Nicole M. Vucenich (#307531)
BOWMAN & BROOKE, LLP
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402
(612) 339-8682

ATTORNEYS FOR DEFENDANT